In the Matter of the Application of the NEW YORK, WEST SHORE & BUFFALO RAILWAY COMPANY, to Acquire Title to Lands of JOHANNA PARR and Others.

(Argued January 29, 1884 ; decided February 8, 1884.)

*E. Countryman* for appellant.

*Matthew Hale* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.